UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GARY MOORE MUNSEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:06-CV-074 |
| JAMES R. PHILLIPS, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that this case is sufficiently related to the previously filed case of Munsey, et al., v. Phillips, et al., 3:06-CV-52 (Varlan/Guyton), that this case also should be assigned to District Judge Thomas A. Varlan and Magistrate Judge H. Bruce Guyton.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge